IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR BOOSTMOBILE ZTE MODEL Z990G, SAMSUNG MODEL SCH-U365, SAMSUNG MODEL SCH-S720C, MOTOROLA MODEL WX-430, T-MOBILE MODEL OT-606A, LG MODEL LG231C, AND SAMSUNG MODEL SCH-U365 CELLULAR TELEPHONES CURRENTLY LOCATED AT THE DEA OMAHA DISTRICT OFFICE | 8:12MJ302<br><br>MOTION TO UNSEAL SEARCH WARRANT APPLICATION AND AFFIDAVIT |

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 23rd day of April, 2013.

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

s/Thomas J. Kangior
THOMAS J. KANGIOR, #21496
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

2

## ORDER

**IT IS SO ORDERED**.

Dated this 23rd day of April, 2013.

                                    BY THE COURT:

                                    s/ Thomas D. Thalken
                                    United States Magistrate Judge